UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   09-14759-BKC-AJC
ISRAEL RODRIGUEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 615.04 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: FEB - 8 2016

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

ISRAEL RODRIGUEZ
820 W 34 ST
HIALEAH, FL 33012

MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

WACHOVIA BANK NATIONAL ASSOC
BANKRUPTCY DEPARTMENT VA7359
PO BOX 13765
ROANOKE, VIRGINIA 24037-3765

WELLS FARGO FINANCIAL NATIONAL
PO BOX 7510
URBANDALE, IA 50323

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   09-14759-BKC-AJC
ISRAEL RODRIGUEZ

                              CHAPTER 13


ISRAEL RODRIGUEZ

820 W 34 ST
HIALEAH, FL 33012


MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

WACHOVIA BANK NATIONAL ASSOC   ---------$         238.80
BANKRUPTCY DEPARTMENT VA7359
PO BOX 13765                                    UNDELIVERABLE/STALE
ROANOKE, VIRGINIA 24037-3765                    CLAIM REGISTER# 3.2

WELLS FARGO FINANCIAL NATIONAL---------$         376.24
PO BOX 7510
URBANDALE, IA 50323
                                                UNDELIVERABLE/STALE
                                                CLAIM REGISTER# 13

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130